1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| VICTOR BAGHA, | ) | No. CV 09-7466-PSG(CW) |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| U.S. PAROLE COMMISSION, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this action is dismissed as moot.

DATED:  August 27, 2012 

_____
PHILIP S. GUTIERREZ
United States District Judge